THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Freddie Barnette,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-045
Submitted November 20, 2002 Filed January 
 15, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for respondent.
 
 
 

 PER CURIAM:  Freddie Barnette 
 was convicted of distribution of crack cocaine, distribution of crack cocaine 
 within the proximity of a public school, and conspiracy to violate drug laws.  
 He was sentenced to fifteen years imprisonment for distribution of crack cocaine, 
 fifteen years imprisonment for distribution of crack cocaine within the proximity 
 of a public school, and five years imprisonment for conspiracy to violate drug 
 laws, all to run concurrently.  Pursuant to Anders v. California, 386 
 U.S. 738 (1967), Barnettes counsel attached a petition to be relieved.  Barnette 
 did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Barnettes appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
CONNOR, STILWELL, and HOWARD, JJ., concur.

 
 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.